

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-19-00340-CR

Veronica **HERNANDEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CR6780W
Honorable Frank J. Castro, Judge Presiding

PER CURIAM

Sitting:      Sandee Bryan Marion, Chief Justice
               Beth Watkins, Justice
               Liza A. Rodriguez, Justice

Delivered and Filed: August 28, 2019

DISMISSED FOR WANT OF JURISDICTION

On July 6, 2018, appellant was placed on community supervision for a period of three years. On January 30, 2019, the trial court signed an order amending the conditions of her community supervision. Appellant appears to be appealing the trial court's order amending the conditions of her community supervision. However, this court does not have jurisdiction to consider an appeal from an order altering or modifying the conditions of community supervision. *See Basaldua v. State*, 558 S.W.2d 2, 5 (Tex. Crim. App. 1977); *Quaglia v. State*, 906 S.W.2d 112, 113 (Tex. App.—San Antonio 1995, no pet.).

Based on the foregoing, we ordered appellant to show cause in writing on or before August 12, 2019 stating why this appeal should not be dismissed for want of jurisdiction. Appellant's counsel filed a response, stating appellant does not have the right to appeal because the trial court denied the request for permission to appeal. Accordingly, we dismiss the appeal for want of jurisdiction.

PER CURIAM

Do Not Publish